CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff
DANIEL LOPEZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br><br>　　Plaintiff,<br>　v.<br><br>PEDRO LOPEZ, in individual and representative capacity as trustee of the Lopez Family trust dated October 24, 2001; CARMEN LOPEZ, in individual and representative capacity as trustee of the Lopez Family trust dated October 24, 2001; LOUIS POULOPOULOS, in individual and representative capacity as trustee of The Poulopoulos Family Trust UDT dated November 21, 1994; ANN MARIE POULOPOULOS, in individual and representative capacity as trustee of The Poulopoulos Family Trust UDT dated November 21, 1994; DJ'S RESTAURANT & GRILL, INC., a California Corporation; and Does 1-10,<br><br>　　Defendants. | Case No.: 2:19-cv-10678-RGK-KS<br><br>**NOTICE OF SETTLEMENT** |

　　The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

　　　　　　　　　　　　　　　　CENTER FOR DISABILITY ACCESS

Dated: September 15, 2020　　By: /s/ Amanda Seabock
　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　Attorney for Plaintiff