| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister Jr., Esq., SBN 111282<br>Russell Handy, Esq., SBN 195058 |
| 3 | Dennis Price, Esq., SBN 279082<br>Amanda Seabock, Esq., SBN 289900 |
| 4 | 8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111 |
| 5 | (858) 375-7385; (888) 422-5191 fax |
| 6 | AmandaS@potterhandy.com<br>Attorneys for Plaintiff |
| 7 | |
| 8 | COURTNEY M. COATES (SBN: 203448)<br>ccoateslaw@gmail.com |
| 9 | LAW OFFICE OF COURTNEY M. COATES<br>One BetterWorld Cir., Ste. 300 |
| 10 | Temecula, CA 92590 |
| 11 | Telephone: (951) 595-8118<br>Facsimile: (951) 296-2186 |
| 12 | Attorneys for Defendant<br>DJ's RESTAURANT & GRILL, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | DANIEL LOPEZ, | Case No.: 2:19-cv-10678-RGK-KS |
| 17 | Plaintiff,<br>v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| 18-26 | PEDRO LOPEZ, in individual and representative capacity as trustee of the Lopez Family trust dated October 24, 2001; CARMEN LOPEZ, in individual and representative capacity as trustee of the Lopez Family trust dated October 24, 2001; LOUIS POULOPOULOS, in individual and representative capacity as trustee of The Poulopoulos Family Trust UDT dated November 21, 1994; ANN MARIE POULOPOULOS, in individual and representative capacity as trustee of The Poulopoulos Family Trust UDT dated November 21, 1994; DJ'S RESTAURANT & GRILL, INC., a California Corporation; and Does 1-10,<br><br>Defendants. | |

1  Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
2  parties hereto that this action may be dismissed with prejudice as to all parties; each
3  party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
4  matter has been resolved to the satisfaction of all parties.

6  Dated: October 28, 2020          CENTER FOR DISABILITY ACCESS

8                                    By: /s/ Amanda Seabock
                                          Amanda Seabock
9                                         Attorneys for Plaintiff

11
12  Dated: October 28, 2020          LAW OFFICE OF COURTNEY M. COATES

14                                    By: /s/ Courtney M. Coates
                                          Courtney M. Coates
15                                        Attorney for Defendant
                                          DJ's RESTAURANT & GRILL, INC.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Richard R. Clouse, counsel for DJ's RESTAURANT & GRILL, INC., and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 28, 2020         CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff